Kathryn C. Newman
Nevada Bar No. 13733
kathryn.newman@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorney for Defendant Summerlin Hospital Medical Center, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| XINNING HOU, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SUMMERLIN HOSPOTIAL MEDICAL CENTER LLC, DOES 1-X, Inclusive, and ROE Corporations 1-X, Inclusive,<br><br>Defendants. | Case No. 2:23-cv-00715-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Xinning Hou ("Plaintiff") and Defendant Summerlin Hospital Medical Center LLC ("Defendant"), by and through their respective counsel of record, hereby request and stipulate to extend the time for Defendant to respond to Plaintiff's Complaint (ECF No. 1).  Defendant's response to Plaintiff's Complaint is currently due July 7, 2023.  The parties request a fourteen (14) day extension of time up to and including July 21, 2023 in which to respond as Defense counsel has just been retained in this case.  This is the parties' first request for an extension of time.

/ / /

/ / /

/ / /

/ / /

/ / /

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 5th day of July, 2023.

RYAN ALEXANDER, CHTD
EISENBERG & BAUM, LLP

*/s/ Ryan Alexander*

Ryan Alexander, Esq.
Nevada Bar No. 10845
3017 West Charleston Blvd., Ste. 10
Las Vegas, NV 89102
Telephone: 702.868.3311

Andrew Rozynski, Esq.
24 Union Square East, PH
New York, NY 10003
212.353.8700

*Attorneys for Plaintiff Xinning Hou*

DATED this 5th day of July, 2023.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Kathryn C. Newman*

Kathryn C. Newman
Nevada Bar No. 13733
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorney for Defendant Summerlin Hospital Medical Center, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

July 5, 2023
_____
DATED

57130351.v1-OGLETREE