Kathryn C. Newman
Nevada Bar No. 13733
kathryn.newman@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorney for Defendant Summerlin Hospital Medical Center, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| XINNING HOU, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SUMMERLIN HOSPITAL MEDICAL CENTER LLC, DOES 1-X, Inclusive, and ROE Corporations 1-X, Inclusive,<br><br>Defendants. | Case No. 2:23-cv-00715-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Xinning Hou ("Plaintiff") and Defendant Summerlin Hospital Medical Center LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby request and stipulate to extend the time for Defendant to respond to Plaintiff's Complaint (ECF No. 1).

Defendant was served with Plaintiff's Complaint on June 16, 2023. ECF No. 13. Pursuant to Fed. R. Civ. P. 12(a), Defendant's response was initially due on July 7, 2023. Counsel for Defendant was engaged just prior to the responsive pleading deadline. The Parties stipulated to, and the Court granted, a request to extend the deadline for Defendant to respond to Plaintiff's Complaint to July 21, 2023. ECF Nos. 14, 15.

Counsel for the Parties are in communication and are attempting to informally resolve certain pleading issues in the hopes of avoiding the need to file a motion to dismiss. The Parties request an

additional 14-day extension of time, up to and including August 4, 2023, for Defendant to respond to Plaintiff's Complaint to allow these informal efforts to continue.

  This is the Parties' second request for an extension of time. This Stipulation is made in good faith and is not intended for purposes of delay.

| DATED this 19th day of July, 2023. | DATED this 19th day of July, 2023. |
|---|---|
| RYAN ALEXANDER, CHTD<br>EISENBERG & BAUM, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| */s/ Ryan Alexander* | */s/ Kathryn C. Newman* |
| Ryan Alexander, Esq.<br>Nevada Bar No. 10845<br>3017 West Charleston Blvd., Ste. 10<br>Las Vegas, NV 89102<br>Telephone: 702.868.3311<br><br>Andrew Rozynski, Esq.<br>24 Union Square East, PH<br>New York, NY 10003<br>212.353.8700<br><br>*Attorneys for Plaintiff Xinning Hou* | Kathryn C. Newman<br>Nevada Bar No. 13733<br>10801 W. Charleston Blvd.<br>Suite 500<br>Las Vegas, NV 89135<br>Telephone: 702.369.6800<br>Fax: 702.369.6888<br><br>*Attorney for Defendant Summerlin Hospital Medical Center, LLC* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
 7-19-2023
_____
DATED

57315629.v1-Ogletree